UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CARLO R. NUNEZ,

    Plaintiff,

v.

                                            Case No.  1:17-CV-00933-JB-LF

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

    Defendant.

## JOINT MOTION TO SEAL ADMINISTRAVE RECORD

COMES NOW, Jeffrey B. Diamond, and hereby moves the Court to grant permission to Defendant to lodge the administrative record under permanent seal for the following reasons:

1. The administrative record is exempt from redaction pursuant to Fed. R. Civ. P. 5.2 (b)(2).

2. While public remote access to the record in this case is restricted to the parties pursuant to Fed. R. Civ. P. 5.2(c), any other person may have electronic access to the full record at the courthouse . . . .pursuant to Fed. R. Civ. P. 5.2(c)(2).

3. The administrative record contains Plaintiff's medical records, hence there are large amounts of sensitive personal and health related information throughout the record.

4. Redacting the record would obscure the Court's view from a large portion of pertinent information in the record.

5. Counsel for Defendant concurs with the filing of this motion.

Respectfully submitted,

JEFF DIAMOND LAW FIRM


By: *s/ Jeffrey B. Diamond*
Jeffrey B. Diamond
Attorneys for Plaintiff Carlo R. Nunez
P. O. Box 1866
Carlsbad, NM  88221-1866
Tel: (575) 885-3500
jdiamond@jeffdiamondlawfirm.com


LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *s/ Nicole M. True*
Stephen M. Bressler
Nicole M. True
Attorneys for Defendant Unum Life
Insurance Company of America
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Tel: (602) 262-5389
sbressler@lrrc.com
ntrue@lrrc.com