UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CARLO R. NUNEZ,

    Plaintiff,

v.

                                                  Case No.  1:17-CV-00933-JB-LF

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER having come before the Court upon the Joint Motion to Seal Administrative Record, it being stated that Defendant concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed.  Access to the administrative record shall be limited to the Court and the case participants only.

                                                       LAURA FASHING
                                                       United States Magistrate Judge

SUBMITTED AND APPROVED BY:

By: *s/ Jeffrey B. Diamond (5/17/18)*
Jeffrey B. Diamond
Attorneys for Plaintiff Carlo R. Nunez

By: *s/ Stephen M. Bressler (5/17/18)*
Stephen M. Bressler
Nicole M. True
Attorneys for Defendant Unum Life