## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CARLO R. NUNEZ,

      Plaintiff,

vs.                                                                   No. CIV 17-0933 JB/LF

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant.

### FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order for Dismissal with Prejudice, filed

June 29, 2018 (Doc. 24)("Order").  In the Order, the Court dismissed all parties and claims with

prejudice.  See Order at 1.  With no parties or claims remaining before the Court, pursuant to rule

58 of the Federal Rules of Civil Procedure, the Court enters Final Judgment.

**IT IS ORDERED** that: (i) Final Judgment is entered; and (ii) this case is dismissed with

prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Jeffrey Diamond
Jeff Diamond Law Firm
Carlsbad, New Mexico

      *Attorney for the Plaintiff*

Ross L Crown
Lewis Roca Rothgerber Christie LLP
Albuquerque, New Mexico

--and--

Stephen M. Bressler
Nicole True
Lewis Roca Rothgerber Christie LLP
Phoenix, Arizona

*Attorneys for the Defendant*